UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLAMILEKAN OLAMIPO BALOGUN, § § § *Plaintiff,* § § § v. § § ALEJANDRO MAYORKAS, et al., § § § *Defendants.* § | Civil Action No. 3:24-CV-1281-X |

## MEMORANDUM OPINION, ORDER, AND FINAL JUDGMENT

The Court **DISMISSES WITH PREJUDICE** all of Plaintiff Olamilekan Olamipo Balogun's claims against the defendants for failure to prosecute and follow Court orders under Rule 41(b). Previously, the Court dismissed without prejudice Balogun's claims but allowed Balogun 28 days to replead. (Doc. 6). The 28-day window for repleading has passed, and the Court does not have an amended pleading. Therefore, the Court **DISMISSES WITH PREJUDICE** this case.

Each party shall bear its own fees and costs. This is a final judgment.

**IT IS SO ORDERED** this 26th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1